## Turner v. Illinois Central Railroad Company.

(Decided May 6, 1924.)

### Appeal from Caldwell Circuit Court.

R. W. LISANBY and ALVIN LISANBY for appellant.

JOHN C. GATES and TRABUE, DOOLAN, HELM & HELM for appellee.

OPINION OF THE COURT BY JUDGE McCANDLESS—Dismissing.

This is a companion case to that of Walter Tosh v. I. C. R. R. Company this day decided. The facts and proceedings in the two cases are identical and for the reasons stated in that opinion this appeal is dismissed at cost of appellee, and without prejudice to proceedings in the lower court, subsequent to a remand from the federal court.

Wherefore the appeal is dismissed.